

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00135-CR

_____

RASHAD RAMON MEDLOCK, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2
McLennan County, Texas
Trial Court No. 20134066CR2

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

On July 14, 2015, Rashad Ramon Medlock was convicted by a McLennan County[1] jury of harassment,[2] sentenced to 180 days' incarceration, and fined $2,000.00. The sentence and fine were then suspended, and Medlock was placed on eighteen months' community supervision. Medlock perfected his appeal from this conviction by timely filing a notice of appeal. However, on August 21, 2015, Medlock appeared before the trial court and waived his right to appeal from "any Judgment, Sentence or other appealable order" entered in this matter before the date of the waiver. Consequently, the trial court certified that Medlock had waived his right of appeal, and Medlock signed the trial court's written certification.

This Court is required to dismiss an appeal if, as in this case, the trial court's certification correctly indicates that there is no right of appeal or that the right of appeal has been waived. *See* TEX. R. APP. P. 25.2(d).

By letter dated September 24, 2015, we notified Medlock, through counsel, of this potential defect in our jurisdiction and afforded him an opportunity to respond. We received no response from Medlock that altered the jurisdictional analysis in this case.

---

[1]Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Tenth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

[2]*See* TEX. PENAL CODE ANN. § 42.07 (West Supp. 2014).

In light of the foregoing, we dismiss this appeal for want of jurisdiction.


Josh R. Morriss, III
Chief Justice


Date Submitted:    October 27, 2015
Date Decided:     October 28, 2015

Do Not Publish